AO 94 (Rev. 12/03) Commitment to Another District

**ORIGINAL**

# UNITED STATES DISTRICT COURT

NORTHERN District of GEORGIA

UNITED STATES OF AMERICA
V.
SAHEED YUSUF

**COMMITMENT TO ANOTHER DISTRICT**

FILED IN CHAMBERS
JUL 23 2018
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDGA | District of Utah | 1:18-MJ-675-AJB | 2:18-CR-281-RJS |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
X Indictment ☐ Information ☐ Complaint ☐ Other

charging a violation of 18 U.S.C. 1349

**DISTRICT OF OFFENSE**
District of Utah, Central Division

**DESCRIPTION OF CHARGES:**

Conspiracy to Commit Bank Fraud

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  X Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** X No  ☐ Yes  Language: _____

**DISTRICT** Northern District of Georgia

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

7/23/18
Date

ALAN J. BAVERMAN, UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |