EXHIBIT 6

